E-filing

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  Horne    Joseph    D.
       (Last)    (First)   (Initial)

Prisoner Number  V-84328

Institutional Address  K.V.S.P. (Kern Valley State Prison)

==========================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joseph Horne
(Enter the full name of plaintiff in this action.)

vs.

J.C. Rutledge J.C. (c/o)
C.R. Thompson (c/o)
Warden Horel
R. Navarro (Sgt.)
(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the clerk of court)

CV 08 1887 SBA (PR)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  K.V.S.P. (C.S.C.)

B.  Is there a grievance procedure in this institution?
    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  By Passed.

_____

2. First formal level  By Passed

_____

3. Second formal level  Denied (8-22-07) Given to inmate 9-6-07

_____

4. Third formal level  Did-Denied (Jan. 31st 2008)

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why._____

_____

II.    Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Joseph Hoang  V-84328  (K.V.S.P. 8-8/215
P.O. Box-5102
Delano CA 93216

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                   - 2 -

1  place of employment.
2  c/o J.C. Rutledge officer of P.B.S.P.
3  c/o Thompson, C.R. officer of P.B.S.P.
4  Sgt. Navarro, R. officer of P.B.S.P.
5  Warden R. Horel officer of P.B.S.P.
6  _____ III.
7  Statement of Claim
8      State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 On the date of June 8th 2007 I was attacked
13 and assaulted physically by P.B.S.P. correct-
14 ional officers J.C. Rutledge and C.R. Thompson
15 using institutional weapons to inflict p-
16 ain upon me. Due to such attack my 8th
17 Amendment U.S. constitutional right was
18 violated. I was definitely subjected to
19 cruel and uns-usual punishment. I
20 endured physical pain on my back and face.
21 and mental distress due to the attack.
22     Officer J.C. Rutledge used his inst-
23 itutional supplied O.C. (oleoresin capsicum)
24 (see attached page).
25 IV.  Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 I request $50.000 compensation for my pain
   and suffering. and for punitive damages.

COMPLAINT      - 3 -

1  I want the officers involved to be
2  held accountable for assaulting me.
3  And for subjecting me to cruel and
4  unusual punishment. I want to be
5  paid $50,000 for what those P.B.S.P.
6  officers did to me.

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this 2/6/08 day of 2/6/08, 20 08

11  _____
12  (Plaintiff's signature)

COMPLAINT                                - 4 -

Additional page to statement of claim.

to assault me after we had words and he threaten to assault me with his o.c. although I posed absolutely no threat to him, the institution, nor to myself.

After c/o Rutledge assaulted me, c/o Thompson came immediately after him and assaulted me with his high powered institutional o.c. spray. Each officer assaulted me 2 times during the attack.

O.C. spray covered my front body and my back including the back of my head.

At the time of the attack and said assault I was locked in my cell. The c/o's sprayed the o.c. thru the face of the door as I stood at the door using a state issue blanket holding it up to lessen the assault.

Sergeant Navarro was not present during the time his c/o's was out of control and displaying unusual behavior but it happen under his watch hours. Thus, he's responsible for there conduct. His officer violated even institutional policy. Warden Horel is head of the institution and thus responsible for the assault that occured there.

(5)

$01.14
PITNEY BOWES
02 1A
0004604192   MAR 06 2008
MAILED FROM ZIPCODE 93215

Joseph Horne
V-84328  HOUSING: B-8/118
BAY STATE PRISON
7500
T CITY, CA 95532

RECEIVED
MAR 10 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To: Office of the Clerk
U.S. District Court of California
Northern District of California
1301 Clay Street, Suite 400S
Oakland, Ca. 94612-5213

LEGAL MAIL