E-filing

1  Joseph Hoane V-84328
2  K.V.S.P.
3  P.O. Box-5102
4  Delano, CA 93?
5  Pro-Per.

FILED
08 MAR 11 PM 3:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joseph Hoane

        Plaintiff,

vs.

J.C. Rutledge
C.R. Thompson
R. Navarro
Warden R. Horel

        Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

SBA
(PR)

    I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

Kern Valley State Prison
Facility D, Building 8

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  N/A
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or           Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,        Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                    Yes ___ No ✓
14    d.   Pensions, annuities, or           Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments, Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21         N/A
22 _____

23 3.   Are you married?                     Yes ___ No ✓
24 Spouse's Full Name: N/A
25 Spouse's Place of Employment: N/A
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ N/A              Net $ N/A
28 4.   a.   List amount you contribute to your spouse's support: $ N/A

Kern Valley State Prison
Facility D, Building 8

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____⊖_____ Utilities: _____⊖_____

Food: $ _____⊖_____ Clothing: _____⊖_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ⊖ | $ ⊖ | $ ⊖ |
| ⊖ | $ ⊖ | $ ⊖ |
| ⊖ | $ ⊖ | $ ⊖ |

9. Do

1  you have any other debts?  (List current obligations, indicating amounts and to whom they are
2  payable.  Do not include account numbers.)
3  _____N/A_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ____  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _2/6/08_____            ___[signature]_____
17    DATE                          SIGNATURE OF APPLICANT

Kern Valley State Prison

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____Joseph Morse_____ for the last six months at

_____Kern Valley State Prison_____ where (s)he is confined.
[prisoner name]

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ____0____ and the average balance in the prisoner's account each month for the most recent 6-month period was $____0____.

Dated: 2/28/08          _____V. Scruggs, Acct Tech_____
                        [Authorized officer of the institution]

- 5 -

Kern Valley State Prison
Facility D, Building 8

```
REPORT ID: TS3030  .701                                  REPORT DATE: 02/28/08
                                                         PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 28, 2008

ACCOUNT NUMBER : V84328             BED/CELL NUMBER: FBB800000000118L
ACCOUNT NAME   : HORNE, JOSEPH DEONN    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
  DATE        HOLD
  PLACED      CODE      DESCRIPTION           COMMENT      HOLD AMOUNT
  ----------  ----  ------------------------  ----------   -----------
  02/08/2008  H111  LIBRARY HOLD              1248LIBRAR          2.50
  02/08/2008  H118  LEGAL COPIES HOLD         1248/LCOPY          3.70

                           TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL        TOTAL       CURRENT      HOLDS     TRANSACTIONS
   BALANCE    DEPOSITS    WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
  ---------   --------    -----------    -------    --------    ------------
      0.00        0.00           0.00       0.00        6.20            0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                          6.20-
```



THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
       TRUST OFFICE