IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HORNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. C. RUTLEDGE, et al.,<br><br>　　　　　Defendants. | No. C 08-01387 SBA (PR)<br><br>**ORDER DISMISSING SUPERVISORY LIABILITY CLAIMS AGAINST DEFENDANTS NAVARRO AND HOREL** |

　　　On October 20, 2008, the Court issued an Order of Service and directed Plaintiff to amend his supervisory liability claims against Defendants Navarro and Horel. The Court gave Plaintiff until November 20, 2008 to file an amendment to the complaint. He was warned the failure to do so would result in dismissal of his supervisory liability claims without prejudice. The time to file the amendment to the complaint has passed, and Plaintiff has failed to do so. Accordingly,

　　　IT IS HEREBY ORDERED that the supervisory liability claims against Defendants Navarro and Horel are dismissed without prejudice.

　　　IT IS SO ORDERED.

DATED: 12/8/08

　　　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.08\Horne1387.dismissNavarro&Horel.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICKARD D ANDERSON,

        Plaintiff,

  v.

UNITED STATE POSTAL OFFICE et al,

        Defendant.

Case Number: CV08-05248 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickard Dennis Anderson F-11871
Mule Creek State Prison
P.O. Box 409040
4001 State Highway 104
Ione, CA 95640

Dated: December 8, 2008

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Horne1387.dismissNavarro&Horel.wpd

2