**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HORNE, | No. C 08-01387 SBA (PR) |
| Plaintiff, | **ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AS UNNECESSARY** |
| v. | |
| J. C. RUTLEDGE, et al., | |
| Defendants. | |

In this pro se civil rights action, Plaintiff filed a Motion for a Certificate of Appealability ("COA") and a Notice of Appeal. However, a COA, formerly known as a certificate of probable cause to appeal, is only required in a habeas corpus proceeding. See 28 U.S.C. § 2253(c). Therefore, Plaintiff's request for a COA is DENIED as unnecessary.

This Order terminates Docket no. 18.

IT IS SO ORDERED.

DATED: 10/27/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.08\Horne1387.COAunnecessary.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH HORNE,

        Plaintiff,

v.

J.C. RUTLEDGE et al,

        Defendant.

Case Number: CV08-01387 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Deonn Horne V84328
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

Dated: October 28, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Horne1387.COAunnecessary.frm